UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETANIA ZARATE,<br><br>      Plaintiff<br><br>v.<br><br>D.L. RECOVERY CORP.; CARLOS ZAPATA; UNKNOWN COLLECTOR 1; UNKNOWN COLLECTOR 2; and UNKNOWN COLLECTOR 3,<br><br>      Defendants | Civil Action No. 07-CV-6673<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Claudia Wilner (CW 1995) of NEIGHBORHOOD ECONOMIC DEVELOPMENT ADVOCACY PROJECT (NEDAP) hereby appears as counsel for Plaintiff BETANIA ZARATE in the above-entitled action and requests that all papers filed through the ECF system be served upon her by email.

Dated: July 27, 2007
   New York, NY

                 Respectfully Submitted,

                 By: _____/s/_____
                 Claudia Wilner (CW 1995)
                 NEIGHBORHOOD ECONOMIC
                 DEVELOPMENT ADVOCACY
                 PROJECT (NEDAP)
                 73 Spring Street, Suite 506
                 New York, NY 10012
                 212-680-5100

                 ATTORNEY FOR PLAINTIFF