UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BETANIA ZARATE,

                        Plaintiff,                  07-CV-6673

    -against-                            NOTICE OF APPEARANCE

D.L. RECOVERY CORP.; CARLOS ZAPATA;
UNKNOWN COLLECTOR 1; UNKNOWN
COLLECTOR 2; and UNKNOWN COLLECTOR 3,

                      Defendants.

-------------------------------------------------------------x

      PLEASE TAKE NOTICE, that the undersgined hereby appears as counsel for plaintiff

BETANIA ZARATE.

Dated:      July 25, 2007
              Brooklyn, New York

                                Yours truly,

                                JOHN C. GRAY, ESQ.
                                SOUTH BROOKLYN LEGAL SERVICES, INC.
                                EDWARD JOSEPHSON, ESQ., of Counsel
                                105 Court Street
                                Brooklyn, NY 11201
                                Attorneys for Plaintiff
                                    (718) 237-5500