# SOUTH BROOKLYN LEGAL SERVICES, INC.

John C. Gray, Project Director • 105 Court Street, Brooklyn, NY
(718) 237-5538 • Fax (718) 855-0733

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

**MEMO ENDORSED**

October 19, 2007

Hon. P. Kevin Castell
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

*[Handwritten endorsement: Conference adjourned without date. Plaintiff may proceed with default motion. SO ORDERED. /s/ 10-19-07]*

Re:  Zarate v. D.L. Recovery Corp., 07-6673

Your Honor:

Please accept our apologies for failing to submit the pre-conference letter.

The instant action is brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., based on defendants' egregious conduct in their attempt to collect a debt allegedly owed by plaintiffs. As alleged in the annexed complaint, defendants threatened plaintiff with arrest and the seizure of her household belongings, while falsely claiming to be police officers, attorneys and City Marshals.

Unfortunately, since the occurrence of the transactions alleged in the complaint, defendant D.L. Recovery Corp. has closed its only known place of business, and has left no forwarding information with the N.Y. Secretary of State or the N.Y.C. Department of Consumer Affairs. On September 18, 2007, plaintiff served defendant D.L. Recovery Corp. by delivering the complaint to the Secretary of State, but defendants have not interposed an answer or contacted plaintiffs counsel.

For this reason, plaintiff is unable to submit a joint letter, and advises the court that she contemplates the need to apply for a default judgment.

Yours truly,

/s/ Edward Josephson

EDWARD JOSEPHSON
Director of Litigation

*Towards justice and dignity for all • Por justicia y dignidad para todos*