Bluen-Josephuso

| | | |
|---|---|---|
| | COUNTY OF | INDEX NO: 07 CV 6673 |
| UNITED STATES DISTRICT COURT | | FILED ON: July 24, 2007 |
| | | DISTRICT: Southern/New York |

*Betania Zarate*

vs                                                                                                      Plaintiff(s)

*D.L. Recovery Corp., et al*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:          **AFFIDAVIT OF SERVICE**
                                                                                                    **BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____September 18, 2007_____, at ___3:00PM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed ' _____Summons in a Civil Action and Complaint and Jury Demand_____

_____, on

_____D.L.Recovery Corp._____

_____,

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section  306 Business Corporation Law .

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by     ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:    Approx. Age: 31 years     Approx. weight: 160 lbs.     Approx. Ht.: 5' 10"
Sex: Female    Color of skin: White    Color of hair: Blonde    Other: _____

Sworn to before me on     September 18, 2007

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice•Work Order # 0707769