UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETANIA ZARATE, | Civil Action No. 07-CV-6673 |
| Plaintiff | |
| v. | **NOTICE OF DISMISSAL** |
| D.L. RECOVERY CORP.; CARLOS ZAPATA; UNKNOWN COLLECTOR 1; UNKNOWN COLLECTOR 2; and UNKNOWN COLLECTOR 3, | |
| Defendants | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Betania

Zarate hereby dismisses this action against all defendants.

Dated: December 15, 2007
        New York, NY

Respectfully Submitted,

By: _____/s/_____
Claudia Wilner (CW 1995)
NEIGHBORHOOD ECONOMIC
DEVELOPMENT ADVOCACY
PROJECT (NEDAP)
73 Spring Street, Suite 506
New York, NY 10012
212-680-5100

ATTORNEY FOR PLAINTIFF