UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07
```

BETANIA ZARATE,

        Plaintiff

v.

D.L. RECOVERY CORP.; CARLOS ZAPATA;
UNKNOWN COLLECTOR 1; UNKNOWN
COLLECTOR 2; and UNKNOWN
COLLECTOR 3,

        Defendants

Civil Action No. 07-CV-6673

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Betania Zarate hereby dismisses this action against all defendants.

Dated: December 15, 2007
      New York, NY

Respectfully Submitted,

By: _____/s/_____
Claudia Wilner (CW 1995)
NEIGHBORHOOD ECONOMIC
DEVELOPMENT ADVOCACY
PROJECT (NEDAP)
73 Spring Street, Suite 506
New York, NY 10012
212-680-5100

ATTORNEY FOR PLAINTIFF

SO ORDERED
/s/ P. Kevin Castel
USDJ
12-17-07